IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUNICE PARQUET, | No. C 09-0792 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER TO SHOW CAUSE** |
| HILTON HOTEL, | |
| Defendant(s). | |

On February 26, 2009, the Court ordered Plaintiff Eunice Parquet to file a consent to the undersigned's jurisdiction or a request for reassignment to a district court judge.  Although the Court set a filing deadline of March 19, 2009, Plaintiff has failed to respond and has made no further appearances in this matter since filing her initial complaint and in forma pauperis application.  Accordingly, the Court hereby ORDERS Plaintiff Eunice Parquet to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines.  Plaintiff shall file a declaration by April 9, 2009, and the Court shall conduct a hearing on April 16, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: March 23, 2009

MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

EUNICE PARQUET,

        Plaintiff,

v.

HILTON HOTEL,

        Defendant.

Case Number: CV09-0792 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 23, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eunice L. Parquet
22078 Arbor Avenue, Apt. 222
Hayward, CA 94541

Dated: March 23, 2009

                Richard W. Wieking, Clerk
                By: Brenda Tolbert, Deputy Clerk

2