United States District Court
For the Northern District of California

1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT
7
8           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9  EUNICE PARQUET,
10          Plaintiff,                    No. C 09-00792 JSW
11      v.                                **ORDER DISMISSING WITHOUT**
                                          **PREJUDICE FOR FAILURE TO**
12  HILTON HOTEL,                         **PROSECUTE**
13          Defendant.
                                    /
14
15          On May 7, 2009, this Court issued an Order rejecting a Report and Recommendation,
16  denying without prejudice, Plaintiff's application to proceed in forma pauperis, and dismissing
17  Plaintiff's Complaint with leave to amend.  Pursuant to that Order, Plaintiff was required to file
18  an amended complaint by no later than May 22, 2009.  The Court further advised Plaintiff that
19  failure to file an amended complaint would result in dismissal of this action without prejudice
20  and without further notice to Plaintiff.  Plaintiff has not filed an amended complaint pursuant to
21  the Court's Order.  Accordingly, this matter is DISMISSED WITHOUT PREJUDICE for
22  failure to prosecute.
23          **IT IS SO ORDERED.**
24  Dated: May 27, 2009                   _____
25                                        JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE
26
27
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

EUNICE PARQUET,

        Plaintiff,

v.

HILTON HOTEL et al,

        Defendant.

                               /

Case Number: CV09-00792 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 28, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eunice L. Parquet
22078 Arbor Avenue, Apt. 222
Hayward, CA 94541

Dated: May 28, 2009

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

United States District Court

For the Northern District of California